DOC # _1_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN THE MATTER OF THE AMENDED
EMPLOYMENT DISPUTE RESOLUTION PLAN
FOR THE
SOUTHERN DISTRICT OF NEW YORK

M-10-468

**13 MISC 0248**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

At its meeting of June 25, 2013, the Board of Judges of the Southern District of New York approved an amendment to the Employment Dispute Resolution Plan for the Southern District of New York.

The amendment is effective June 25, 2013.

SO ORDERED.

Loretta A. Preska
Chief Judge

Dated:      July  *10* , 2013
            New York, New York

g:\elly\EDR Plan\2013 - Order - EDR Plan - Amended - June 25.wpd