UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                  :

In re LEHR CONSTRUCTION CORP.,      :          13 Misc 248

                                  :

                   Debtor.    :          ORDER
---------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

       Upon the motion of Appellant Gerald Lazar for a stay pending appeal, it is hereby

ORDERED:

       That counsel for the parties shall appear for a hearing on Friday, April 9, 2013, at 3:30

p.m. in Courtroom 706, 40 Centre Street, New York, New York.

       Appellant shall serve a copy of this order upon Appellees by 5:00 p.m. on August 8,

2013.

Dated: New York, New York
       August 8, 2013

                                       J. PAUL OETKEN
                              United States District Judge
                                  Part I